UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR14-66DWF/JSM |
| Plaintiff, | |
| v. | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(g) |
| | 18 U.S.C. § 924(c)(1)(A)(i) |
| (1) CHARLES ELLISON WILLIAMS III, | 18 U.S.C. § 924(d)(1) |
| | 21 U.S.C. § 841(a)(1) |
| (2) APRIL FAY LEWIS, | 21 U.S.C. § 841(b)(1)(A) |
| | 21 U.S.C. § 841(b)(1)(B) |
| (3) GABRIELLE LEE OLSEN, | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 846 |
| (4) KENNETH BRIAN RABENBERG, and | 21 U.S.C. § 853 |
| | 28 U.S.C. § 2461(c) |
| (5) PHOUMARA TODD SOK, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Distribute Methamphetamine)

1.   Beginning in or about August 2012, and continuing through in or about November 2013, the exact dates being unknown to the grand jury, in the State and District of Minnesota and elsewhere, the defendants,

**CHARLES ELLISON WILLIAMS III,
APRIL FAY LEWIS,
GABRIELLE LEE OLSEN,
KENNETH BRIAN RABENBERG, and
PHOUMARA TODD SOK,**

did knowingly and intentionally conspire with one another and others, known and unknown to the grand jury, to possess with the intent to distribute, and to distribute, a

SCANNED
MAR 0 3 2014
U.S. DISTRICT COURT ST. PAUL

United States v. Charles Williams et al.

mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY

2. With respect to the defendants **CHARLES ELLISON WILLIAMS** and **KENNETH BRIAN RABENBERG**, their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

3. With respect to defendant **PHOUMARA TODD SOK**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 50 grams or more actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

4. With respect to the defendant **GABRIELLE LEE OLSEN**, her conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 50 grams or more of a mixture and substance containing a detectable amount of

United States v. Charles Williams et al.

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

5. With respect to the defendant **APRIL FAY LEWIS**, her conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with the Intent to Distribute Methamphetamine and Cocaine)

On or about September 3, 2013, in the State and District of Minnesota, the defendant,

**PHOUMARA TODD SOK,**

did knowingly and intentionally possess with intent to distribute approximately 111 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and approximately 63.8 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(C).

3

United States v. Charles Williams et al.

## COUNT 3
(Using and Carrying a Firearm During and in
Relation to a Drug Trafficking Crime)

On or about September 3, 2013, in the State and District of Minnesota, the defendant,

**PHOUMARA TODD SOK,**

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 2 of this indictment, did knowingly use and carry firearms, namely, a Glock .40 caliber semiautomatic pistol, Model 23, serial number PAY076, and an Intratec semiautomatic pistol, Model AB-10, serial number A017039, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4
(Felon in Possession of Firearms)

On or about September 3, 2013, in the State and District of Minnesota, the defendant,

**PHOUMARA TODD SOK,**

having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

| Crime | Place of Conviction | Date Committed | Date Sentenced |
|---|---|---|---|
| 2ND Degree Controlled Substance Sales | Olmstead County, MN | 2002 | August 26, 2002 |

United States v. Charles Williams et al.

knowingly possessed, in and affecting interstate commerce, firearms, that is, a Glock .40 caliber semiautomatic pistol, Model 23, serial number PAY076, and an Intratec semiautomatic pistol, Model AB-10, serial number A017039, in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## COUNT 5
(Possession with the Intent to Distribute Methamphetamine)

On or about October 9, 2013, in the State and District of Minnesota, the defendant,

**GABRIELLE LEE OLSEN**,

did knowingly and intentionally possess with intent to distribute approximately 30 grams of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6
(Distribution of Methamphetamine)

On or about October 25, 2013, in the State and District of Minnesota, the defendant,

**CHARLES ELLISON WILLIAMS**,

did knowingly and intentionally distribute approximately 80.4 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

United States v. Charles Williams et al.

## COUNT 7
(Possession with the Intent to Distribute Methamphetamine)

On or about October 25, 2013, in the State and District of Minnesota, the defendant,

**CHARLES ELLISON WILLIAMS,**

did knowingly and intentionally possess with intent to distribute approximately 45.7 grams of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8
(Using and Carrying a Firearm During and in
Relation to a Drug Trafficking Crime)

On or about October 25, 2013, in the State and District of Minnesota, the defendant,

**CHARLES ELLISON WILLIAMS,**

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 7 of this indictment, did knowingly use and carry firearms, namely, a .45 caliber Springfield XD-S semi-automatic handgun, serial number XS669723, and a .22 caliber Colt Frontier Scout revolver, serial number 2911Q, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 9
(Felon in Possession of Firearms)

On or about October 25, 2013, in the State and District of Minnesota, the defendant,

**CHARLES ELLISON WILLIAMS,**

United States v. Charles Williams et al.

having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

| Crime | Place of Conviction | Date Committed | Date Sentenced |
|---|---|---|---|
| Theft of Motor Vehicle | Winona County, MN | February 9, 1996 | December 9, 1996 |
| Theft of Motor Vehicle | Winona County, MN | October 24, 1996 | December 9, 1996 |
| Felon in Possession of a Firearm | Winona County, MN | November 26, 1997 | February 25, 1998 |
| 1ST Degree Controlled Substance Crime | Olmsted County, MN | March 14, 2003 | August 2, 2004 |

knowingly possessed, in and affecting interstate commerce, firearms, that is, a .45 caliber Springfield XD-S semi-automatic handgun, serial number XS669723, and a .22 caliber Colt Frontier Scout revolver, serial number 2911Q, in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## COUNT 10
(Distribution of Methamphetamine)

On or about December 13, 2013, in the State and District of Minnesota, the defendant,

**KENNETH BRIAN RABENBERG,**

aided and abetted by others, did knowingly and intentionally distribute approximately 55 grams of a mixture and substance containing a detectable amount of methamphetamine, a

United States v. Charles Williams et al.

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT 11
(Distribution of Methamphetamine)

On or about December 23, 2013, in the State and District of Minnesota, the defendant,

**KENNETH BRIAN RABENBERG,**

aided and abetted by others, did knowingly and intentionally distribute approximately 57 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT 12
(Possession with the Intent to Distribute Methamphetamine)

On or about December 23, 2013, in the State and District of Minnesota, the defendant,

**KENNETH BRIAN RABENBERG,**

did knowingly and intentionally possess with intent to distribute approximately 82.5 grams of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

United States v. Charles Williams et al.

## FORFEITURE ALLEGATIONS

Counts 1-12 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

If convicted of any of Counts 1, 2, 5-7, or 10-12 of this Indictment, the defendants,

**CHARLES ELLISON WILLIAMS III,
APRIL FAY LEWIS,
GABRIELLE LEE OLSEN,
KENNETH BRIAN RABENBERG, and
PHOUMARA TODD SOK,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds obtained directly or indirectly as a result of each such violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If convicted of any of Counts 3, 4, 8, or 9 of this Indictment, the defendants,

**PHOUMARA TODD SOK, and
CHARLES ELLISON WILLIAMS III,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm with accessories and ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), or 924(c)(1)(A)(i), including:

<u>United States v. Charles Williams et al.</u>

    a. a Glock .40 caliber semiautomatic pistol, Model 23, serial number PAY076 and associated ammunition;

    b. an Intratec semiautomatic pistol, Model AB-10, serial number A017039 and associated ammunition;

    c. a .45 Springfield XD-S semi-automatic handgun, serial number XS669723 and associated ammunition; and

    d. a .22 caliber Colt Frontier Scout revolver, serial number 2911Q and associated ammunition.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____       _____
**UNITED STATES ATTORNEY**      **FOREPERSON**