UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 14-66(2) (RHK/JSM) |
| Plaintiff, | |
| v. | ORDER |
| APRIL FAY LEWIS, | |
| Defendant. | |

A change of plea hearing has been scheduled before District Judge Richard H. Kyle for June 2, 2014 at 10:00 a.m. in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The criminal motions hearing with regard to defendant April Fay Lewis scheduled before the undersigned on June 2, 2014 is canceled.

2. Criminal motion [Docket No. 70] is denied as moot.

3. If no plea is reached, Voir Dire and Jury Instructions shall be filed with Judge Richard H. Kyle's Clerk on or before July 7, 2014.

4. A status conference will be held with Judge Richard H. Kyle at 8:30 a.m. on July 11, 2014 in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2

5. Trial will commence before Judge Richard H. Kyle in Courtroom 7A, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota on July 14, 2014 at 9:00 a.m.

Dated: May 27, 2014

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge