# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:          CR 14-66(2) RHK/JSM |
| | ) | Date:                6/2/14 |
| v. | ) | Court Reporter:   Jeanne Anderson |
| | ) | Courthouse:       St. Paul |
| 2) April Fay Lewis, | ) | Courtroom:         7A |
| | ) | Time Commenced:   10:00 a.m. |
| | ) | Time Concluded:    10:35 a.m. |
| Defendant. | ) | Sealed Hearing Time: 10:10 - 10:35 a.m. |
| | | Time in Court:       35 Minutes |

Before Richard H. Kyle, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

　　For Plaintiff:      Allen Slaughter

　　For Defendant:   Michael McDonald   ☐ FPD   √ CJA   ☐ Retained   ☐ Appointed

　　Interpreter/Language:  n/a

PROCEEDINGS:

　　☐ **Arraignment** on ☐ Information, ☐ Indictment
　　√ **Change of Plea Hearing.**
　　☐ **Initial Appearance.**
　　☐ Indictment waived.
　　☐ Defendant withdraws plea of as to Count(s):

　　√ PLEA:
　　　　√ Guilty as to Count(s): 1
　　　　☐ "Nolo Contendere" as to Count(s):
　　　　√ Defendant admits allegations in the Indictment.

　　√ Presentence Investigation and Report requested.
　　√ Bond continued.
　　☐ **~Util Set/Reset Hearings:**  Sentencing is scheduled for at before.
　　☐ Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　s/Kathy Thobe
　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk