## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 14-66(2) RHK/JSM |
| Plaintiff, | |
| v. | **ORDER MODIFYING CONDITIONS OF SUPERVISE RELEASE** |
| April Fay Lewis, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Release Defendant from Halfway House (Doc. No. 145).

**IT IS ORDERED** that:

1. Defendant's Motion to Release Defendant from Halfway House (Doc. No. 145) is GRANTED.

2. The Defendant is released from the halfway house on July 25, 2014, and shall reside at a verified address in Minnesota, as approved by the U.S. Probation Officer.

3. All other previously imposed terms and conditions of supervised release shall remain in effect.

Dated: July 24, 2014

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge